UNITED STATES of America,
Plaintiff-Appellee,

v.

Emil SCHOEPFLIN, Defendant-
Appellant.

No. 26060.

United States Court of Appeals,
Ninth Circuit.

May 3, 1971.

Emil Schoepflin, in pro. per.

William B. Shubb, Asst. U. S. Atty.,
Sacramento, Cal., for plaintiff-appellee.

Before MERRILL, KOELSCH and
WRIGHT, Circuit Judges.

PER CURIAM:

This appeal is taken from the District
Court's order denying appellant's motion
for new trial upon the ground of newly
discovered evidence.

Appellant, in 1965, was convicted of
bank robbery and his conviction was af-
firmed. Schoepflin v. United States, 391
F.2d 390 (9th Cir. 1968). He claims to
have discovered the "true robber" among
the inmates of Leavenworth Penitentiary
and to have three witnesses to swear the
"true robber" had confessed. The Dis-
trict Court granted a hearing upon appel-
lant's motion and the alleged true robber,
one Nix, was produced as witness. The
court's denial of appellant's motion was
based on its rejection of Nix's testimony
as unworthy of belief. Its refusal to sub-
poena the three witnesses to Nix's con-
fession was upon the ground that any-
thing Nix had said to them would be
equally unworthy of belief.

We find neither error nor abuse of dis-
cretion. Lindsey v. United States, 368
F.2d 633 (9th Cir. 1966).

Affirmed.